IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

CONTINENTAL GRANITE and
MARBLE, INC., and
SOUTHERN OWNERS
INSURANCE CO./AUTO-
OWNERS INSURANCE GROUP

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D16-3615

        Appellants,

v.

FRANK PINTO-MONTERO,

        Appellee.

_____/

Opinion filed August 16, 2017.

An appeal from an order of Judge of Compensation Claims.
Wilbur W. Anderson, Judge.

Date of Accident:  December 5, 2012.

Daniel M. Schwarz and Gina M. Jacobs of Cole Scott & Kissane, P.A., Plantation,
for Appellants.

Kimberly A. Hill, Fort Lauderdale, for Appellee.



PER CURIAM.

        AFFIRMED.

ROWE, OSTERHAUS, and WINOKUR, JJ., CONCUR.